# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**Frankfort Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Desiree S. Flowers | Case Number: 05–30025–jms |
| aka/dba: | Chapter: 7 |
| Debtor(s) | |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

[ ] The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

James W. Gardner is discharged as trustee of the estate of the above–named debtor and the bond is cancelled.

[X] the chapter 7 case of the above named debtor is closed; and

[ ] other provisions as needed.

DATED: 4/20/05

By the court –

Joseph M Scott Jr
U.S. Bankruptcy Judge

9

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0643-3          User: alisaf              Page 1 of 1           Date Rcvd: Apr 20, 2005
Case: 05-30025                Form ID: fdc              Total Served: 4

The following entities were served by first class mail on Apr 22, 2005.
db         +Desiree S. Flowers,    225 Landings Drive, Apt. #1,    Frankfort, KY 40601-1350
aty        +H Bradley Smith,    100 Wapping St.,    Frankfort, KY 40601-2602
ust        +U.S. Trustee,    100 E Vine St #803,    Lexington, KY 40507-1444

The following entities were served by electronic transmission on Apr 20, 2005 and receipt of the transmission
was confirmed on:
tr         +E-mail: gdenisio@hwgsg.com Apr 20 2005 20:01:17     James W. Gardner,    401 W Main St #314,
             Lexington, KY 40507-1646
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 22, 2005**                    **Signature:**   _Joseph Speetjens_